**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
In re:

491 Bergen St. Corporation, et al.,

                           Debtors.
-------------------------------------------------------------------X
 Estate of Frank Sofia,

                           Appellant,                           25 **CIVIL** 6091 (LAK)


            -against-                                           **JUDGMENT**


491 Bergen St. Corporation, 471 Amsterdam Ave.
Realty Corp., T.J.F. Holding Corp., Sofia Bros., Inc., and
Peter F. Reilly Storage Inc.,

                           Appellees.
-------------------------------------------------------------------X


        It is, **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Stipulation and Order dated January 5, 2026, the above-entitled appeal is

withdrawn with prejudice, without costs, and without attorneys' fees pursuant to FRBP 8023(a);

accordingly, the case is closed.

**Dated:**  New York, New York
        January 7, 2026

                                           **TAMMI M. HELLWIG**
                            _____
                                           **Clerk of Court**


                    **BY:**        K. mango
                            _____
                                           **Deputy Clerk**